# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lakisha Harris, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11192-DRH |
| *Courtney Hoff, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12566-DRH |
| *Sarah Howshall, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-10140-DRH |
| *Estella Hunt, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11373-DRH |
| *Jalanda Kellogg, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11264-DRH |
| *Rosana Khawaja, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12590-DRH |
| *Hattie King, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11262-DRH |
| *Katie Krueger, et al. v. Bayer Corporation, et al.* | No. 12-cv-11403-DRH |
| *Paula Krutilek, et al. v. Bayer Corporation, et al.* | No. 12-cv-10698-DRH |
| *Sarah Larsen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10551-DRH |
| *Lisa Lewis, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10441-DRH |
| *Nikita Lindsay, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10502-DRH |
| *Nicole Lynn, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11485-DRH |
| *Kimari Mace, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11559-DRH |
| *Casey Maguire, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11631-DRH |

| | |
|---|---|
| *Brooke Martin, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11225-DRH |
| *Diane Mayo, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11444-DRH |
| *Angelia Mays, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-10134-DRH |
| *Katherine McCarrel, et al. v. Bayer Corporation, et al* | No. 10-cv-11840-DRH |
| *Brenda McKie, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12426-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   **/s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.01.05
16:07:48 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT